UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21830-CV-GOLD/DUBÉ

MAURICIO VIDAL,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## OMNIBUS ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 17]; GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 18]; CLOSING CASE

THIS CAUSE is before the Court upon Magistrate Judge Robert L. Dubé's Report and Recommendation ("Report"). **[ECF No. 20]**. In the Report, Judge Dubé recommends affirming the decision of the Administrative Law Judge, denying Plaintiff's Motion for Summary Judgment **[ECF No. 17]**, and granting Defendant's Motion for Summary Judgment **[ECF No. 18]**.[1] Neither Party has filed objections to the Report, and the time for doing so has expired. Since no objections have been filed, and the reasoning for Judge Dubé's recommendation is fully set forth in his Report, I briefly set out the factual circumstances underlying the parties' Motions and their arguments therein.[2]

---

[1] Defendant filed a Response to Plaintiff's Motion for Summary Judgment. **[ECF No. 19]**. Plaintiff did not file a Reply in support of its Motion for Summary Judgment or otherwise respond to Defendant's Motion for Summary Judgment.

[2] The Report fully sets forth in greater detail Plaintiff's medical history as it relates to his impairments. **[ECF No. 20, pp. 2-5]**.

On April 21, 2005, Plaintiff filed an application for supplemental security income ("SSI") which asserted disability as of January 10, 1992. **[ECF No. 20, p. 1]**. The application was denied initially and on reconsideration. *Id.* Following a hearing on August 12, 2008, the Administrative Law Judge ("ALJ") issued a decision denying the request for benefits. *Id.* The Appeals Council denied a request for review. *Id.*

After a hearing and review of the record, the ALJ issued an opinion finding that Plaintiff had the following severe impairments: depressive disorder and a history of substance abuse. **[ECF No. 20, p. 4]**. The ALJ further found that Plaintiff did not have an impairment or combination of impairments that meets or equals a Listing of Impairments. *Id.* The ALJ found that given Plaintiff's Plaintiffs age, education, work experience, and Residual Functional Capacity ("RFC"), Plaintiff could perform jobs which existed in significant numbers in the national economy, and thus, was not disabled. *Id.* at 5.

Plaintiff argues that the ALJ erred in: failing to assign controlling weight to Plaintiff's treating physician **[ECF No. 20, p. 7]**; not finding Plaintiff's bilateral carpal tunnel syndrome to be a severe impairment (*Id.* at 10); assessing RFC without support by substantial evidence (*Id.* at 12); and misstating the facts of the record in finding Plaintiff not disabled (*Id.* at 13). *See also* **[ECF No. 17, p. 2]**. Defendant moves for summary judgment because it argues that Plaintiff has failed to meet his burden of showing that he is disabled under the Social Security Act. **[ECF No. 18, pp. 1-2]**. Defendant points to substantial evidence in the record as a basis for the Commissioner of Social Security's decision finding Plaintiff not disabled. *Id.* at 2.

Upon an independent review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1. The Report **[ECF No. 20]** is AFFIRMED AND ADOPTED.

2. For the reasons discussed in the well-reasoned Report, Plaintiff's Motion for Summary Judgment **[ECF No. 17]** is DENIED and Defendant's Motion for Summary Judgment **[ECF No. 18]** is GRANTED.

3. This case is CLOSED.

DONE and ORDERED in Chambers in Miami, Florida, this _7_ day of March, 2011.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Robert L. Dubé
All counsel of record